IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| ROBERT DALE LESTER, Plaintiff | : : : : | |
| v. | : : | CIVIL ACTION No. 09-74426 |
| CSX TRANSPORTATION, INC., Defendant. | : : : : | Transferred from the Southern District of Georgia 92-00072 |

FILED
SEP - 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **1st** day of **September, 2011** it is hereby **ORDERED** that the Report and Recommendation issued by United States Magistrate Judge M. Faith Angell (doc. no. 19), filed on August 10, 2011, as to Defendant CSX Transportation, Inc.'s Motion to Dismiss for Duplicative Litigation (doc. no. 16) is **ADOPTED**.[1]

It is further **ORDERED** that Defendant CSX Transportation, Inc.'s Motion to Dismiss for Duplicative Litigation (doc. no. 16) is **GRANTED**. As Plaintiff acknowledges, he has a pending case in state court which asserts the same issues raised in this lawsuit.

It is further **ORDERED** that this case be transferred to the bankruptcy-only docket and be marked **CLOSED**.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1

Case No. 09-74426

**AND IT IS SO ORDERED.**

                                                   _____
                                                   EDUARDO C. ROBRENO, J.